# THE LAW OFFICE OF
# LAWRENCE J. FREDELLA, PLLC

30 Wall Street, 8th Floor, New York, N.Y. 10005
(p) 212-709-8398 (f) 212-943-2300 (c) 917-821-9779

January 9, 2020

Hon. Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007
Via ECF

Re: U.S. v. GAO, Zhurong   19-cr-39

Dear Your Honor,

   Please accept this letter as a written request to delay the surrender date for Ms. Gao from next Friday January 17, 2020, for twelve (12) days until January 29, 2020. This is the first request made to delay the surrender date. As of this date, we have not received a designation for Ms. Gao. I have been in contact with the Department of Probation to see what happened. I expect that there will be a designation soon for Ms. Gao as to a specific facility where she should surrender.

   I would rather not have Ms. Gao spend any time at MCC. I have also seen defendants coming from MCC and MDC in Brooklyn, going to their final facility have a higher classification when they first arrive since it appears they were being held during the pendency of the case. Ms. Gao is a low level, out defendant, and should be permitted to surrender to the final facility. When this occurs, the facility looks very favorably on the defendant as opposed to the defendant being sent there by MCC.

   I have contacted AUSA Elizabeth Espinosa who takes no position to this request. Thank you for your consideration of this matter.

Sincerely,

Lawrence J. Fredella, Esq.
30 Wall Street, 8th Floor
New York, N.Y. 10005
(c) (917) 821-9779

Application GRANTED. The Government shall contact the Bureau of Prisons to ensure that the Defendant is designated well before January 29, 2020. The Clerk of Court is directed to terminate Docket No. 178. SO ORDERED.

January 10, 2020